B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re **Charleston Associates, LLC**
　　　　　　　　　　　　　　　Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mortgage Electronic Registration Inc<br>1818 Library Street, Suite 300<br>Reston, VA 20190 | Mortgage Electronic Registration Inc<br>1818 Library Street, Suite 300<br>Reston, VA 20190 | Shopping Center located at 700-750 S. Rampart Boulevard, Las Vegas, NV 89145 | | 58,000,000.00 (42,000,000.00 secured) (2,071,339.83 senior lien) |
| Pebble Commercial Center Syndications Gr<br>9440 W. Sahara<br>Las Vegas, NV 89117 | Pebble Commercial Center Syndications Gr<br>9440 W. Sahara<br>Las Vegas, NV 89117 | Intercompany cash management | | 619,053.00 |
| Recreational Equipment Inc<br>6750 228th Street<br>Kent, WA 98032 | Nicki<br>Recreational Equipment Inc<br>6750 228th Street<br>Kent, WA 98032<br>253-395-8148 | Tenant Improvement Allowance | | 306,572.82 |
| Silverado Ranch Syndications Group, LLC<br>9440 W. Sahara<br>Las Vegas, NV 89117 | Silverado Ranch Syndications Group, LLC<br>9440 W. Sahara<br>Las Vegas, NV 89117 | Intercompany cash management | | 238,799.00 |
| Builders & Developers Corporation<br>9440 W. Sahara<br>Las Vegas, NV 89117 | Builders & Developers Corporation<br>9440 W. Sahara<br>Las Vegas, NV 89117 | Intercompany cash management | | 28,051.00 |
| Global Security Concepts Inc<br>7250 Beverly Blvd Ste 101<br>Los Angeles, CA 90036 | Kristy Barber<br>Global Security Concepts Inc<br>7250 Beverly Blvd Ste 101<br>Los Angeles, CA 90036<br>323-525-1402 | Courtesy Patrol | | 21,858.52 |
| Asylum Design, LLC<br>6325 McLeod Drive, Suite 6<br>Las Vegas, NV 89120 | Asylum Design, LLC<br>6325 McLeod Drive, Suite 6<br>Las Vegas, NV 89120<br>702-616-8833 | Architectural blueprint | | 12,104.73 |
| Citywide Construction Inc.<br>1222 Maryland Pkwy<br>Las Vegas, NV 89104 | Citywide Construction Inc.<br>1222 Maryland Pkwy<br>Las Vegas, NV 89104 | General contractor - landlord work for tenant | | 12,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Charleston Associates, LLC                                          Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Las Vegas Executive Parking 3204 Bishop Pine Street Las Vegas, NV 89129 | Rose Las Vegas Executive Parking 3204 Bishop Pine Street Las Vegas, NV 89129 702-210-5553 | Valet Parking Services | | 11,500.00 |
| Sunshine Valley Landscape 2980 S Rainbow Blvd Las Vegas, NV 89146 | Sunshine Valley Landscape 2980 S Rainbow Blvd Las Vegas, NV 89146 | Grounds maintenance/landscaping | | 11,079.41 |
| Carbajal and McNutt, LLP 625 South 8th Street Las Vegas, NV 89101 | Hector Carbajal Carbajal and McNutt, LLP 625 South 8th Street Las Vegas, NV 89101 702-384-1170 | Legal fees | | 10,236.29 |
| Lionel Sawyer & Collins 300 South Fourth Street Las Vegas, NV 89101 | Lionel Sawyer & Collins 300 South Fourth Street Las Vegas, NV 89101 702-383-8888 | Legal Services | | 9,680.64 |
| Design Within Reach 1 Montgomery Street 2nd Floor San Francisco, CA 94104 | Design Within Reach 1 Montgomery Street 2nd Floor San Francisco, CA 94104 | Overpayment of security deposit | | 9,429.29 |
| Young Electric Sign Company 2401 Foothill Drive Salt Lake City, UT 84109 | Scott Hill Young Electric Sign Company 2401 Foothill Drive Salt Lake City, UT 84109 801-464-4600 | Pylon sign maintenance and lighting maintenance | | 3,128.75 |
| Republic Services, Inc. 770 Sahara Avenue Las Vegas, NV 89104 | Republic Services, Inc. 770 Sahara Avenue Las Vegas, NV 89104 | Waste removal/recycling | | 2,527.66 |
| Southwest Awning Restoration 325 South 3rd Street No. 1 PMB 235 Las Vegas, NV 89101 | Southwest Awning Restoration 325 South 3rd Street No. 1 PMB 235 Las Vegas, NV 89101 | Awning cleaning | | 2,500.00 |
| Malco Maintenance 5051 E Orangethorpe Avenue, E259 Anaheim, CA 92807 | Jose Malco Maintenance 5051 E Orangethorpe Avenue, E259 Anaheim, CA 92807 714-597-0502 | Parking lot maintenance | | 2,050.00 |
| ACS Pools 6213 Obannon Drive Las Vegas, NV 89146 | ACS Pools 6213 Obannon Drive Las Vegas, NV 89146 | Fountain service | | 1,000.00 |
| South Central Sound 6000 S. Eastern Avenue #2C-D Las Vegas, NV 89119 | South Central Sound 6000 S. Eastern Avenue #2C-D Las Vegas, NV 89119 | Retail sound - music for center | | 850.71 |

B4 (Official Form 4) (12/07) - Cont.

In re  Charleston Associates, LLC
          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| XO Communications 8651 Sandy Pkwy. Sandy, UT 84070 | XO Communications 8651 Sandy Pkwy. Sandy, UT 84070 | Fire/Radio Line monitoring | | 506.84 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Pres. of Manager of Charleston Associates, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  6/16/2010          Signature  *[signed]*

Martin H. Walrath IV
President Boca Fashion Village Syndications Group MM Inc.,
Manager of Charleston Associates, LLC

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.