# United States Bankruptcy Court
## District of Delaware

In re  **Charleston Associates, LLC**
_____,
Debtor

Case No. _____

Chapter _____**11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 42,000,000.00 | | |
| B - Personal Property | Yes | 4 | 50,348,446.34 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 60,071,339.83 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 4,993,553.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 92,348,446.34 | | |
| Total Liabilities | | | | 65,064,893.68 | |

In re  **Charleston Associates, LLC**                                  Case No. _____
                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Shopping Center located at 700-750 S. Rampart Boulevard, Las Vegas, NV 89145 | Owner | - | 42,000,000.00 | 60,071,339.83 |

|   |   |   |
|---|---|---|
| Sub-Total > | 42,000,000.00 | (Total of this page) |
| Total > | 42,000,000.00 |   |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Charleston Associates, LLC**                                                  ,           Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank account with Wells Fargo Bank, NA account no. xxxxxx5318** | - | 13,517.05 |
| | | **Bank account with Wells Fargo Bank NA account number xxxxxx3632** | - | 181,150.06 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Utilities security deposit for building 8 at 710 S. Rampart, Las Vegas, NV 89145 with Nevada Energy** | - | 1,800.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                                        Sub-Total >        **196,467.11**
                                                                                     (Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re  **Charleston Associates, LLC**  , Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Broken Leash<br>750 S. Rampert, Las Vegas, NV | - | 23,406.72 |
| | | Excess Menswear Inc.<br>750 S. Rampart, Las Vegas, NV | - | 65,498.43 |
| | | Grimaldi's Brick Oven Pizzeria<br>750 S. Rampart, Las Vegas, NV | - | 989.50 |
| | | Kona Grill<br>750 S. Rampart, Las Vegas, NV | - | 4,133.44 |
| | | Hottie<br>740 S. Rampart, Las Vegas, NV | - | 254.35 |
| | | PINK<br>740 S. Rampart, Las Vegas, NV | - | 3,836.59 |
| | | The Great Indoors<br>700 S. Rampart, Las Vegas, NV | - | 608.90 |
| | | Bounce Fashions<br>740 S. Rampart, Las Vegas, NV  89145 | - | 8,100.00 |
| | | Kinetic Furniture<br>740 S. Rampart, Las Vegas, NV 89145 | - | 789.97 |

Sub-Total >       107,617.90
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Charleston Associates, LLC**
                                            Debtor

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | American Apparel<br>740 S. Rampart, Las Vegas, NV 89145 | - | 3,553.13 |
| | | Zillionaire<br>9480 S. Eastern Avenue, Las Vegas, NV 89123 | - | 73.00 |
| | | Harry and David #735<br>750 S. Rampart, Las Vegas, NV 89145 | - | 585.69 |
| | | C Level<br>750 S. Rampart, Las Vegas, NV 89145 | - | 46,526.31 |
| | | Recreational Equipment Inc.<br>710 S. Rampart, Las Vegas, NV 89145 | - | 79,974.64 |
| | | Total Wine & More<br>710 S. Rampart, Las Vegas, NV 89145 | - | 11,337.31 |
| | | International Property Syndications, Ltd.<br>9440 W. Sahara, Las Vegas, NV 89117 | - | 49,054,200.00 |
| | | Integrity Foothills, LLC<br>9440 W. Sahara, Las Vegas, NV 89117 | - | 1,682.00 |
| | | Boca Park Parcels, LLC<br>9440 W. Sahara, Las Vegas, NV 89117 | - | 842,657.00 |
| | | First Regent of Arizona Syndications Group, LLC<br>9440 W. Sahara, Las Vegas, NV 89117 | - | 3,395.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **50,043,984.08**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Charleston Associates, LLC**  
_____,  
Debtor

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Golf Cart, purchased October 2002 | - | 377.25 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __3__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

Sub-Total >   377.25  
(Total of this page)  
Total >   50,348,446.34

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Charleston Associates, LLC**
_____,
                        Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | | |
| Account No.<br><br>Mortgage Electronic Registration Inc<br>1818 Library Street, Suite 300<br>Reston, VA 20190 | | - | Loan<br><br>Shopping Center located at 700-750 S. Rampart Boulevard, Las Vegas, NV 89145 | | | | | |
| | | | Value $        42,000,000.00 | | | | 58,000,000.00 | 18,071,339.83 |
| Account No. xx-xxx2154<br><br>Wells Fargo<br>Los Angeles Regional Commercial Banking<br>333 S. Grand Avenue, 3rd Floor<br>Los Angeles, CA 90071 | | - | Mortgage<br><br>Shopping Center located at 700-750 S. Rampart Boulevard, Las Vegas, NV 89145 | | | | | |
| | | | Value $        42,000,000.00 | | | | 2,071,339.83 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 60,071,339.83 | 18,071,339.83 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 60,071,339.83 | 18,071,339.83 |

B6E (Official Form 6E) (4/10)

In re    **Charleston Associates, LLC**                                   Case No. _____
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                     **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Charleston Associates, LLC**  _____, Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ACS Pools**<br>**6213 Obannon Drive**<br>**Las Vegas, NV 89146** | | - | Fountain service | | | | 1,000.00 |
| Account No.<br><br>**Asylum Design, LLC**<br>**6325 McLeod Drive, Suite 6**<br>**Las Vegas, NV 89120** | | - | Architectural blueprint | | | | 12,104.73 |
| Account No.<br><br>**Boca Park Marketplace LV**<br>**Syndications Gr**<br>**9440 W. Sahara Avenue, Suite 240**<br>**Las Vegas, NV 89117** | | - | Intercompany cash management | | | | 3,690,225.00 |
| Account No.<br><br>**Builders & Developers Corporation**<br>**9440 W. Sahara**<br>**Las Vegas, NV 89117** | | - | Intercompany cash management | | | | 28,051.00 |
| __5__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 3,731,380.73 |

In re  **Charleston Associates, LLC**                              ,   Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Legal fees | | | | |
| Carbajal and McNutt, LLP<br>625 South 8th Street<br>Las Vegas, NV 89101 | | - | | | | | 10,236.29 |
| Account No. | | | General contractor - landlord work for tenant | | | | |
| Citywide Construction Inc.<br>1222 Maryland Pkwy<br>Las Vegas, NV 89104 | | - | | | | | 12,000.00 |
| Account No. | | | Overpayment of security deposit | | | | |
| Design Within Reach<br>1 Montgomery Street<br>2nd Floor<br>San Francisco, CA 94104 | | - | | | | | 9,429.29 |
| Account No. | | | Courtesy Patrol | | | | |
| Global Security Concepts Inc<br>7250 Beverly Blvd Ste 101<br>Los Angeles, CA 90036 | | - | | | | | 21,858.52 |
| Account No. | | | Miscellaneous repairs and maintenance, supplies | | | | |
| Home Depot Credit Services<br>P.O. Box 8031<br>The Lakes, NV 88901 | | - | | | | | 13.83 |
| Sheet no. _1_ of _5_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 53,537.93 |

In re   **Charleston Associates, LLC**                            ,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Las Vegas Executive Parking<br>3204 Bishop Pine Street<br>Las Vegas, NV 89129 | | - | Valet Parking Services | | | | 11,500.00 |
| Account No.<br><br>Legal Process Serivce<br>626 S 8th Street<br>Las Vegas, NV 89101 | | - | Legal fee/ 5-day posting | | | | 65.00 |
| Account No.<br><br>Lionel Sawyer & Collins<br>300 South Fourth Street<br>Las Vegas, NV 89101 | | - | Legal Services | | | | 9,680.64 |
| Account No.<br><br>Malco Maintenance<br>5051 E Orangethorpe Avenue, E259<br>Anaheim, CA 92807 | | - | Parking lot maintenance | | | | 2,050.00 |
| Account No.<br><br>Nevada Energy<br>P.O. Box 30086<br>Reno, NV 89520 | | - | Utilities - power | | | | 30.02 |

Sheet no. __2__ of __5__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      23,325.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charleston Associates, LLC**  ,  Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Pebble Commercial Center Syndications Gr<br>9440 W. Sahara<br>Las Vegas, NV 89117 | | - | Intercompany cash management | | | | 619,053.00 |
| Account No.<br><br>Recreational Equipment Inc<br>6750 228th Street<br>Kent, WA 98032 | | - | Tenant Improvement Allowance | | | | 306,572.82 |
| Account No.<br><br>Republic Services, Inc.<br>770 Sahara Avenue<br>Las Vegas, NV 89104 | | - | Waste removal/recycling | | | | 2,527.66 |
| Account No.<br><br>Silverado Ranch Syndications Group, LLC<br>9440 W. Sahara<br>Las Vegas, NV 89117 | | - | Intercompany cash management | | | | 238,799.00 |
| Account No.<br><br>South Central Sound<br>6000 S. Eastern Avenue<br>#2C-D<br>Las Vegas, NV 89119 | | - | Retail sound - music for center | | | | 850.71 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,167,803.19**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re **Charleston Associates, LLC** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Southwest Awning Restoration<br>325 South 3rd Street<br>No. 1 PMB 235<br>Las Vegas, NV 89101 | | - | Awning cleaning | | | | 2,500.00 |
| Account No.<br><br>Stanley Covergent Security<br>Dept. Ch 10651<br>Palatine, IL 60055 | | - | Monitoring charges - Fire alarm lines | | | | 126.48 |
| Account No.<br><br>Sunshine Valley Landscape<br>2980 S Rainbow Blvd<br>Las Vegas, NV 89146 | | - | Grounds maintenance/landscaping | | | | 11,079.41 |
| Account No.<br><br>Wheels In Motion<br>6185 Harrison Drive, Unit 12<br>Las Vegas, NV 89120 | | - | Golf cart repairs | | | | 164.86 |
| Account No.<br><br>XO Communications<br>8651 Sandy Pkwy.<br>Sandy, UT 84070 | | - | Fire/Radio Line monitoring | | | | 506.84 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **14,377.59**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Charleston Associates, LLC**  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Young Electric Sign Company<br>2401 Foothill Drive<br>Salt Lake City, UT 84109 | | - | Pylon sign maintenance and lighting maintenance | | | | 3,128.75 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,128.75**

Total (Report on Summary of Schedules) **4,993,553.85**

B6G (Official Form 6G) (12/07)

In re   **Charleston Associates, LLC**             Case No. _____
_____,
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| American Apparel<br>740 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 6, contract BPS-07-AMEAPP01(0), lease dtd. 5/30/2005 to 5/31/2010, debtor is lessor |
| Bounce Fashions<br>740 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 10 contract BPS-07-BOUFAS01(0), Lease dtd. 7/1/2005 to 6/30/2013, security deposit of $8,100.00; debtor is lessor |
| Brighton Collectibles<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 14, contract BPS-06-BRICOL01(0), lease dtd. 11/21/2006 to 11/30/2012, debtor is lessor |
| Broken Leash<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 5 contract BPS-06-BROLEA01(0), lease dtd.08/09/2009 to 08/31/2014, security deposit of $9,744.00; debtor is lessor |
| C Level<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 15, contract BPS-06-CLEVEL02(0), lease dtd. 4/18/2007 to 4/30/2012, security deposti $39,162.00; debtor is lessor |
| Cheesecake Factory Restaurant<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 17, contract BPS-06-CHEFAC01(0), lease dtd. 9/9/2002 to 9/30/2022, debtor is lessor |
| Eccoci<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 8, contract BPS-06-ECCOCI01(0), lease dtd. 9/6/2008 to 9/30/2015; security deposit $14,640.00; debtor is lessor |
| Excess Menswear Inc.<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 6, contract BPS-06-EXCMEN01(0), lease dtd. 9/1/2003 to 8/31/2010 |
| Fantasy Nail<br>740 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 20, contract BPS-07-FANNAI01(0), lease dtd. 1/21/2004 to 1/31/2014, security deposit $3,802.04; debtor is lessor |
| Gordon Biersch<br>750 S Rampart<br>Las Vegas, NV 89145 | Lease, Unit 16, contract BPS-06-GORBIE01(0), lease dtd. 12/1/2006 to 11/30/2019, debtor is lessor |
| Great Indoors<br>700 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 1, contract BPS-60-GREIND01(0), lease dtd. 3/11/2002 to 3/31/2022; debtor is lessor |
| Grimaldi's Brick Oven Pizzeria<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 7, contract BPS-06-GRIPIZ01(0), lease dtd. 3/4/2010 to 3/31/2020, security deposit $16,710.83; debtor is lessor |

  2
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Charleston Associates, LLC**                                                              Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ground Hog 1, LLC<br>740 S. Rampart<br>Las Vegas, NV 89145 | Future Tenant, Lease, Unit 7, contract BPS-07-GROHOG01(0), debtor is lessor |
| Harry and David #735<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 12, contract BPS-06-HARDAV01(0), lease dtd. 12/3/2007 to 1/31/2018, debtor is lessor |
| Haute Chix Boutique<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 4, contract BPS-06-HAUCHI01(0), lease dtd. 11/5/2009 to 3/31/2015, security deposit $9,480.00; debtor is lessor |
| Hottie<br>740 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 5, contract BPS-07-HOTTIE01(0), lease dtd. 5/1/2003 to 4/30/2013, security deposit $13,826.38; debtor is lessor |
| Kinetic Furniture<br>740 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 1-3, contract BPS-07-KINFUR01(0), lease dtd. 2/4/2009 is month to month; debtor is lessor |
| Kona Grill<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 1-3, contract BPS-06-KONGRI01(0), lease dtd. 9/16/2003 to 9/30/2013; debtor is lessor |
| MIXT, LLC<br>740 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 13, contract BPS-07-MIXTLL01(0), security deposit $4,000.00; debtor is lessor |
| Nextel of California<br>710 S. Rampart<br>Las Vegas, NV 89145 | Lease, Antena , contract BPS-08-NEXTEL01(0), lease dtd. 4/14/2005 to 4/30/2010; debtor is lessor |
| Pasha<br>740 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 8 contract BPS-07-PASHA01 (0), lease dtd. 6/1/2009 to 5/31/2014, security deposit $4,800.00; debtor is lessor |
| PINK<br>740 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 9, contract BPS-07-PINKCL01(0), lease dtd. 2/1/2004 to 1/31/2014, security deposit $8,511.75; debtor is lessor |
| R & D Hipster Emporium<br>740 S. Rampart<br>Las Vegas, NV 89145 | Future Tenant; Lease, Unit 11, contract BPS-07RDHIPS01(0), debtor is lessor |
| Recreational Equipment Inc<br>710 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 110-140, contract BPS-08-RECEQU01(0), lease dtd. 11/7/200/ to 2/28/2019; debtor is lessor |
| Sambalatte Torrefazione<br>750 S. Rampart<br>Las Vegas, NV 89145 | Future Tenant, Lease, Unit 9, contract BPS-06-SAMLAT01(0), security deposit $30,574.50; debtor is lessor |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Charleston Associates, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Total Wine & More<br>710 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 150, contract BPS-08-TOTWIN01(0), lease dtd. 5/19/2010 to 5/31/2020; debtor is lessor |
| Ultra Stores Inc.<br>750 S. Rampart<br>Las Vegas, NV 89145 | Lease, Unit 11, contract BPS-06-ULTSTO01(0), lease dtd. 12/1/2003 to 1/31/2014, debtor is lessor |
| Zillionaire<br>750 Rampart<br>Las Vegas, NV 89145 | Future Tenant; Lease, Unit 13 contract BPS-06-ZILLIO01(0), debtor is lessor |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Charleston Associates, LLC** _____,      Case No. _____

                                                     Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

    **0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **Charleston Associates, LLC**
                                    Debtor(s)

Case No. _____
Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Pres. of Manager of Charleston Associates, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __19__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __6/16/2010__          Signature __Martin H Walrath__
**Martin H. Walrath IV**
President Boca Fashion Village Syndications Group MM Inc.,
Manager of Charleston Associates, LLC

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.