# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> CHARLESTON ASSOCIATES, LLC, ) <br> ) <br> Debtor. ) <br> ) <br> ) | Chapter 11 <br> Case No. 10-11970 (KJC) <br><br> **Related Docket No. 47** |

## AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 29, 2010, AT 3:00 P.M.

**THERE ARE NO MATTERS GOING FORWARD.**
**THE HEARING HAS BEEN CANCELLED BY THE COURT.**

## UNCONTESTED MATTERS:

1. Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 6/17/10] (Docket No. 5)

   Related Documents:

   A. Statement Under Rule 2016 of the Federal Rules of Bankruptcy Procedure [Filed: 6/17/10] (Docket No. 5)

   B. Affidavit of Bradford J. Sandler in Support of Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 6/17/10] (Docket No. 5)

   C. [Proposed] Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtor and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 6/17/10] (Docket No. 5)

   D. Notice of Hearing on Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones

---

[1] **Amended information is reflected in bold.**

LLP as Co-Counsel and Conflicts Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 6/21/10] (Docket No. 24)

E. Certification of No Objection Regarding Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 7/26/10] (Docket No. 43)

Response Deadline: July 22, 2010 at 4:00 p.m.

Responses Received: None.

Status: A certification of no objection has been filed.

2. Application of the Debtor for Entry of an Order Authorizing the Retention and Employment of Butler Rubin Saltarelli & Boyd LLP as Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Filed: 6/17/10] (Docket No. 6)

Related Documents:

A. [Proposed] Order Authorizing the Retention and Employment of Butler Rubin Saltarelli & Boyd LLP as Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Filed: 6/17/10] (Docket No. 6)

B. Affidavit of Neal L. Wolf in Support of Debtor's Application Authorizing the Retention and Employment of Butler Rubin Saltarelli & Boyd LLP as Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Filed: 6/17/10] (Docket No. 6)

C. Notice of Hearing on Application of the Debtor for Entry of an Order Authorizing the Retention and Employment of Butler Rubin Saltarelli & Boyd LLP as Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Filed: 6/21/10] (Docket No. 25)

D. Certification of No Objection Regarding Application of the Debtor for Entry of an Order Authorizing the Retention and Employment of Butler Rubin Saltarelli & Boyd LLP as Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date [Filed: 7/26/10] (Docket No. 44)

Response Deadline: July 22, 2010 at 4:00 p.m.

Responses Received: None.

Status: A certification of no objection has been filed.

3. Debtor's Motion for an Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code [Filed: 6/17/10] (Docket No. 8)

Related Documents:

A. [Proposed] Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code [Filed: 6/17/10] (Docket No. 8)

B. Notice of Hearing on Debtor's Motion for an Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code [Filed: 6/21/10] (Docket No. 27)

C. Certification of No Objection Regarding Debtor's Motion for an Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code [Filed: 7/26/10] (Docket No. 45)[2]

Response Deadline: July 22, 2010 at 4:00 p.m.

Responses Received: None.

Status: A certification of no objection has been filed.

4. Motion of the Debtor for Entry of an Interim and Final Order Determining Adequate Assurance of Payment of Future Utility Services [Filed: 6/17/10] (Docket No. 9)

Related Documents:

A. [Proposed] Final Order Determining Adequate Assurance of Payment for Future Utility Services [Filed: 6/17/10] (Docket No. 9)

B. [Signed] Interim Order Determining Adequate Assurance of Payment for Future Utility Services [Filed: 6/18/10] (Docket No. 20)

C. Notice of Entry of Interim Order and Final Hearing on Motion of the Debtor for Entry of an Interim and Final Order Determining Adequate Assurance of Payment of Future Utility Services [Filed: 6/21/10] (Docket No. 28)

D. Certification of No Objection Regarding Motion of the Debtor for Entry of an Interim and Final Order Determining Adequate Assurance of Payment of Future Utility Services [Filed: 7/26/10] (Docket No. 46)

Response Deadline: July 22, 2010 at 4:00 p.m.

Responses Received: None.

Status: A certification of no objection has been filed.

---

[2] A minor change was made in the form of order to correct the spelling of Mark Kenney's name; no changes substantive or otherwise have been made to the order.

**CONTINUED MATTER:**

5. Motion of the Debtor Pursuant to Sections 105(a), 361, and 363 of the Bankruptcy Code for Entry of an Order Authorizing the Use of Cash Collateral and Scheduling a Final Hearing [Filed: 6/17/10] (Docket No. 10)

   Related Documents:

   A. [Signed] Interim Order Authorizing the Use of Cash Collateral and Scheduling a Final Hearing [Filed: 6/18/10] (Docket No. 21)

   B. Notice of Entry of Interim Order and Final Hearing on Motion of the Debtor Pursuant to Sections 105(a), 361, and 363 of the Bankruptcy Code for Entry of an Order Authorizing the Use of Cash Collateral and Scheduling a Final Hearing [Filed: 6/21/10] (Docket No. 29)

   Response Deadline: July 22, 2010 at 4:00 p.m.

   Responses Received:

   A. Objection of C-III Asset Management LLC, Special Servicer on Behalf of Bank of America, N.A., to the Debtor's Continued Use of Cash Collateral [Filed: 7/22/10] (Docket No. 42)

   *[Remainder of page intentionally left blank]*

**Status:** This matter has been continued to August 11, 2010 at 11:00 a.m.

Dated:  July 28, 2010          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com

and

Neal Wolf, Esquire
Karen Borg, Esquire
Butler Rubin Saltarelli & Boyd LLP
70 W. Madison, Suite 1800
Chicago, Illinois 60602
Telephone:  312.444.9660
Facsimile:  312.444.9287
Email: nwolf@butlerrubin.com
    kborg@butlerrubin.com

Proposed Attorneys for Charleston Associates, LLC,
Debtor and Debtor in Possession