IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| CHARLESTON ASSOCIATES, LLC, ) | Chapter 11 |
| ) | Case No. 10-11970 (KJC) |
| Debtor. ) | |
| ) | **Related to Docket No. 63** |

**AMENDED**[1] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 11, 2010, AT 11:00 A.M.

**NOTE: THIS HEARING HAS BEEN CANCELLED BY THE COURT.**

PLEASE NOTE THAT THE HEARING WILL BE
HELD AT THE FOLLOWING LOCATION:

824 N. MARKET STREET
5th FLOOR, COURTROOM NO. 5
WILMINGTON, DELAWARE

CONTESTED MATTER:

1.    Motion of the Debtor Pursuant to Sections 105(a), 361, and 363 of the Bankruptcy Code for
      Entry of an Order Authorizing the Use of Cash Collateral and Scheduling a Final Hearing
      [Filed: 6/17/10] (Docket No. 10)

      Related Documents:

      A.    [Signed] Interim Order Authorizing the Use of Cash Collateral and Scheduling a
            Final Hearing [Filed: 6/18/10] (Docket No. 21)

      B.    Notice of Entry of Interim Order and Final Hearing on Motion of the Debtor
            Pursuant to Sections 105(a), 361, and 363 of the Bankruptcy Code for Entry of an
            Order Authorizing the Use of Cash Collateral and Scheduling a Final Hearing
            [Filed: 6/21/10] (Docket No. 29)

      Response Deadline: July 22, 2010 at 4:00 p.m.

---

[1]  **Amended information is reflected in bold.**

<u>Responses Received:</u>

A.    Objection of C-III Asset Management LLC, Special Servicer on Behalf of Bank of America, N.A., to the Debtor's Continued Use of Cash Collateral [Filed: 7/22/10] (Docket No. 42)

<u>Status:</u>  **This matter is being continued to August 24, 2010 at 3:30 pm.**

Dated:    August **10**, 2010        PACHULSKI STANG ZIEHL & JONES LLP


                    */s/ Bradford J. Sandler*
                    Bradford J. Sandler (Bar No. 4142)
                    919 North Market Street, 17th Floor
                    P.O. Box 8705
                    Wilmington, Delaware 19899-8705
                    Telephone:    (302) 652-4100
                    Facsimile:    (302) 652-4400
                    Email:        bsandler@pszjlaw.com

                        and

                    Neal Wolf, Esquire
                    Karen Borg, Esquire
                    Butler Rubin Saltarelli & Boyd LLP
                    70 W. Madison, Suite 1800
                    Chicago, Illinois 60602
                    Telephone:    312.444.9660
                    Facsimile:    312.444.9287
                    Email:  nwolf@butlerrubin.com
                        kborg@butlerrubin.com

                    Attorneys for Charleston Associates, LLC,
                    Debtor and Debtor in Possession