# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Charleston Associates, LLC | ) | Case No. 10-11970 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER APPROVING SECOND STIPULATION FOR ENTRY OF ORDER APPROVING LIMITED USE OF RENTS AND CONTINUING THE HEARING ON DEBTOR'S CONTINUED USE OF CASH COLLATERAL

Upon the motion (the "Motion") of Charleston Associates, LLC ("Charleston" or the "Debtor") seeking entry of an Order Authorizing the use of Cash Collateral and Scheduling a Final Hearing; the Court's entry of an Interim Order authorizing the use of cash collateral (the "Interim Order"); the Objection of C-III Asset Management LLC, Special Servicer on behalf of Bank America, N.A., to the Debtor's Continued Use of Cash Collateral (the "Objection"); the Second Stipulation for Entry of Order Approving Limited Use of Rents and Continuing the Hearing on Debtor's Continued Use of Cash Collateral (the "Second Stipulation"); the Court having reviewed the Second Stipulation; it appearing to the Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding that notice provided for the Motion, the Order, and the Second Stipulation is appropriate under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual basis set forth in the Second Stipulation establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Second Stipulation attached hereto as <u>Exhibit 1</u> is APPROVED.

2. The Parties are hereby authorized to take any and all actions necessary to

464111v1

effectuate the terms of the Second Stipulation.

3. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the Second Stipulation and/or implementation of this Order.

Dated: Aug 11, 2010
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE