# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| CHARLESTON ASSOCIATES, LLC, ) | Chapter 11 |
| ) | Case No. 10-11970 (KJC) |
| Debtor. ) | |
| ) | **Related Docket No. 81** |

## AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2010, AT 10:30 A.M.

**THERE ARE NO MATTERS GOING FORWARD.
HEARING HAS BEEN CANCELLED BY THE COURT.**

## CONTESTED MATTER:

1. Motion of the Debtor Pursuant to Sections 105(a), 361, and 363 of the Bankruptcy Code for Entry of an Order Authorizing the Use of Cash Collateral and Scheduling a Final Hearing [Filed: 6/17/10] (Docket No. 10)

    Related Documents:

    A. [Signed] Interim Order Authorizing the Use of Cash Collateral and Scheduling a Final Hearing [Filed: 6/18/10] (Docket No. 21)

    B. Notice of Entry of Interim Order and Final Hearing on Motion of the Debtor Pursuant to Sections 105(a), 361, and 363 of the Bankruptcy Code for Entry of an Order Authorizing the Use of Cash Collateral and Scheduling a Final Hearing [Filed: 6/21/10] (Docket No. 29)

    C. [Signed] Order Approving Stipulation for Entry of Order Approving Limited Use of Rents and Continuing the Hearing on Debtor's Continued Use of Cash Collateral [Filed: 7/30/10] (Docket No. 61)

    D. [Signed] Order Approving Second Stipulation for Entry of Order Approving Limited Use of Rents and Continuing the Hearing on Debtor's Continued Use of Cash Collateral [Filed: 8/11/10] (Docket No. 73)

    Response Deadline: July 22, 2010 at 4:00 p.m.

    Responses Received:

---

[1] **Amended information is reflected in bold.**

A. Objection of C-III Asset Management LLC, Special Servicer on Behalf of Bank of America, N.A., to the Debtor's Continued Use of Cash Collateral [Filed: 7/22/10] (Docket No. 42)

Replies Received:

A. Reply of the Debtor to the Objection of C-III Asset Management LLC, Special Servicer on Behalf of Bank of America, N.A., to the Debtor's Continued Use of Cash Collateral [Filed: 8/19/10] (Docket No. 77)

**Status: A proposed order will be filed under certification of counsel.**

Dated: August 26, 2010    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:         bsandler@pszjlaw.com

and

Neal Wolf, Esquire
Karen Borg, Esquire
Butler Rubin Saltarelli & Boyd LLP
70 W. Madison, Suite 1800
Chicago, Illinois 60602
Telephone:   312.444.9660
Facsimile:    312.444.9287
Email: nwolf@butlerrubin.com
            kborg@butlerrubin.com

Attorneys for Charleston Associates, LLC,
Debtor and Debtor in Possession