UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| Charleston Associates, LLC | : | Case No. 10-11970 (KJC) |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Asylum Design, LLC.**, Attn: Stephen Black, 7645 Swan Creek Drive, Corona, CA 92880, Phone: 714-788-0969

2. **Sunshine Valley Landscape**, Attn: Walt Conner, 2980 S. Rainbow Boulevard, Las Vegas, NV 89146, Phone: 702-247-1475, Fax: 702-248-6293

3. **Young Electric Sign Company, Attn:** Randy Clark, 5119 S. Cameron Street, Las Vegas NV 89118, Phone: 702-994-4526, Fax: 702-944-4500

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Mark S. Kenney , for
T. PATRICK TINKER
ACTING ASSISTANT U.S. TRUSTEE

DATED: February 3, 2011

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Bradford J. Sandler, Esquire, Phone: (302) 468-7750, Fax: (302) 652-4400