# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> CHARLESTON ASSOCIATES, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-11970 (KJC) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "OCUC"), files this Notice of Appearance and Request for Notices and Papers pursuant to Section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on the OCUC by serving:

Daren R. Brinkman, Esq.
Laura J. Portillo, Esq.
Kevin C. Ronk, Esq.
Brinkman Portillo Ronk, PC
4333 Park Terrace, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
E-mail: dbrinkman@brinkmanlaw.com
E-mail: lportillo@brinkmanlaw.com
E-mail: kevin@brinkmanlaw.com

-and-

Steven K. Kortanek (DE Bar No. 3106)
Thomas M. Horan (DE Bar No. 4641)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

[Signature page follows.]

Dated: March 7, 2011

        **WOMBLE CARLYLE SANDRIDGE**
          **& RICE, PLLC**

*/s/ Thomas M. Horan*
Steven K. Kortanek (DE Bar No. 3106)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com

-and-

**BRINKMAN PORTILLO RONK, PC**

Daren R. Brinkman, Esq.
Laura J. Portillo, Esq.
Kevin C. Ronk, Esq.
Brinkman Portillo, PC
4333 Park Terrace, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
E-mail: dbrinkman@brinkmanlaw.com
E-mail: lportillo@brinkmanlaw.com
E-mail: kevin@brinkmanlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*